O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SUTTLES, </br>       Plaintiff, </br>       v. </br> PATRICK R. DONAHOE, </br> POSTMASTER GENERAL, </br>       Defendant. | Case No. CV 13-6598 JCG </br></br> **JUDGMENT** |

     For the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment, [Dkt. No. 49], **IT IS ADJUDGED** that Defendant's Motion for Summary Judgment is **GRANTED**.  Judgment is hereby entered for Defendant Patrick R. Donahoe, Postmaster General.

DATED:  January 30, 2015         _____
                                             HON. JAY C. GANDHI
                                     UNITED STATES MAGISTRATE JUDGE